COSMOPOLITAN NATIONAL BANK, Plaintiff-Appellee, *v.* CITY OF CHICAGO, Defendant-Appellant.

(No. 54464;

First District—August 31, 1971.

Opinion by Mr. PRESIDING JUSTICE LEIGHTON.

Richard L. Curry, of Chicago, (Marvin E. Aspen and Howard C. Goldman, of counsel,) for appellant.